| | | |
|---|---|---|
| CONSTANCE HENRY, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Approved Sciences, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **United States District Court**<br>**Northern District of Illinois**<br><br><br>Case No.: 1:25-cv-2093<br><br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE**, PLEASE TAKE NOTICE that, pursuant to the Court's June 21, 2025 order directing the parties to submit a status letter, the above-entitled action has been settled in principle. The parties are in the process of finalizing settlement terms and conditions and anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. Accordingly, the undersigned respectfully requests that the Court adjourn all deadlines sine die and permit the parties forty-five (45) days to finalize settlement.

Dated:    August 14, 2025

 

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ David B. Reyes**
By: David B. Reyes, Esq.
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
C: (630)-478-0856
Email: Dreyes@ealg.law